No. 2010R0: 73    CR11 0471    JF

SEALED BY ORDER OF COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *San Jose Division*

PSG

**FILED**

JUL 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES OF AMERICA

### *vs.*

DENNIS COLLINS, aka "Iowa," CHRISTOPHER WAYNE COOPER, aka
"Anthrophobic,"JOSHUA JOHN COVELLI, aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY, MERCEDES RENEE HAEFER,aka "No," and "mmmm,"
DONALD HUSBAND, aka "Ananon," VINCENT CHARLES KERSHAW, aka "Trivette,"
"Triv," and "Reaper,"ETHAN MILES, JAMES C. MURPHY, DREW ALAN PHILLIPS,
aka "Drew010," JEFFREY PUGLISI,aka "Jeffer," "Jefferp," and "Ji," DANIEL SULLIVAN,
TRACY ANN VALENZUELA, CHRISTOPHER QUANG VO,

# INDICTMENT

**COUNT 1:**      18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

**COUNTS 2 -~~14~~ 15:**      18 U.S.C. §§ 1030(a)(5)(A),(c)(4)(A)(i)(I), (c)(4)(B)(I) - Intentional
Damage to a Protected Computer.

*A true bill.*

*Mary Elizabeth Sladek*
*Foreperson*

*Filed in open court this* __13th__ *day of* __July__

*A.D. 2011*

*United States Magistrate Judge*

*Bail.* $ ___No Bail Arrest Warrants all defendants___

DOCUMENT NO.

DISTRICT COURT
CRIMINAL CASE PROCES.

1   MELINDA HAAG (CABN 132612)
    United States Attorney

2


SEALED BY ORDER
OF THE COURT



FILED
2011 JUL 13 P 2: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CAL. S.J.

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN JOSE DIVISION

11   **CR11   00471**   JF

 PSG

| | |
|---|---|
| 12  UNITED STATES OF AMERICA,   ) | No. CR- |
| 13       Plaintiff,         ) | VIOLATIONS:18 U.S.C.§§1030(b), |
|                   ) | (c)(4)(A)(i)(I) – Conspiracy, ; 18 U.S.C. §§ |
| 14     v.              ) | 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) – |

VIOLATIONS:18 U.S.C.§§1030(b), (c)(4)(A)(i)(I) – Conspiracy, ; 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) – Intentional Damage to a Protected Computer; 18 U.S.C. § 2 – Aiding and Abetting.

(SAN JOSE VENUE)

**Filed Under Seal**

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DENNIS COLLINS,
  aka "Iowa,"
CHRISTOPHER WAYNE COOPER,
  aka "Anthrophobic,"
JOSHUA JOHN COVELLI,
  aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY,
MERCEDES RENEE HAEFER,
  aka "No," and "MMMM,"
DONALD HUSBAND,
  aka "Ananon,"
VINCENT CHARLES KERSHAW,
  aka "Trivette," "Triv," and "Reaper,"
ETHAN MILES,
JAMES C. MURPHY,
DREW ALAN PHILLIPS,
  aka "Drew010,"
JEFFREY PUGLISI,
  aka "Jeffer," "Jefferp," and "Ji,"
DANIEL SULLIVAN,
TRACY ANN VALENZUELA,
CHRISTOPHER QUANG VO,

    Defendants.

INDICTMENT

The Grand Jury charges:

Introductory Allegations:

At all times relevant to this Indictment:

1.     PayPal, Inc. ("PayPal") was an e-commerce business, wholly-owned by eBay, Inc., with headquarters and computer servers located in San Jose, California, that enabled payments and money transfers to be made over the Internet. These online money transfers served as electronic alternatives to traditional paper payment methods, such as checks and money orders. PayPal required its customers to abide by its terms of service, and conducted business in interstate and foreign commerce. PayPal's computers were used in and affecting interstate and foreign commerce and communication.

2.     WikiLeaks was an international non-profit organization that published submissions of otherwise unavailable documents from anonymous sources. The WikiLeaks website stated that WikiLeaks provided an innovative, secure, and anonymous way for independent sources to leak information. WikiLeaks' only revenue stream was through donations, and it conducted its collection of donations through PayPal, among others. Julian Assange was the founder, main spokesperson, and editor-in-chief for WikiLeaks.

3.     Anonymous, also known as AnonOps ("Anonymous"), was an online collective of individuals that was associated with collaborative hacking attacks motivated by political and social goals, often referred to as "hactivism."

4.     A Distributed Denial of Service ("DDoS") was a hacking attack that attempted to render a computer resource unavailable to its intended users. One common DDoS attack attempted to saturate the target computer or network with external communications requests, such that the target could not respond to legitimate traffic, or responded so slowly as to render the target effectively unavailable.

5.     A Low Orbit Ion Cannon ("LOIC") was an open source computer program that was originally designed as a network stress testing application, but which was also used as a tool by DDoS attackers. Attackers used LOIC to send extremely large amounts of packets or requests over a network in an attempt to overwhelm a target. Attackers configured LOIC in two

ways: Manual mode or HIVE mode. In Manual mode, an individual attacker had to enter a specific target, such as the IP address or the http address of the target. The HIVE mode enabled an attacker to connect their LOIC to an Internet Relay Chat Server, which allowed a third party to control at which specific target all HIVE-mode LOIC attackers would be aimed.

Anonymous DDoS Attacks on PayPal:

6. In late November 2010, WikiLeaks released a large amount of classified United States State Department cables on its website. Citing violations of the PayPal terms of service, and in response to WikiLeaks' release of the classified cables, PayPal suspended WikiLeaks' accounts such that Wikileaks could no longer receive donations via PayPal. WikiLeaks' website declared that PayPal's action "tried to economically strangle WikiLeaks."

7. In retribution for PayPal's termination of WikiLeaks' donation account, Anonymous co-ordinated and executed DDoS attacks against PayPal's computer servers using LOIC. Anonymous referred to these co-ordinated attacks on PayPal as "Operation Avenge Assange."

COUNT ONE: (18 U.S.C. § 1030(b) – Conspiracy to Commit Intentional Damage to a Protected Computer)

8. The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

9. On or about a date unknown but at least by December 6, 2010, and continuing to on or about December 10, 2010, in the Northern District of California and elsewhere, the defendants,

DENNIS COLLINS,
aka "Iowa,"
CHRISTOPHER WAYNE COOPER,
aka "Anthrophobic,"
JOSHUA JOHN COVELLI,
aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY,
MERCEDES RENEE HAEFER,
aka "No," and "MMMM,"
DONALD HUSBAND,
aka "Ananon,"
VINCENT CHARLES KERSHAW,
aka "Trivette," "Triv," and "Reaper,"

ETHAN MILES,
DREW ALAN PHILLIPS,
aka "Drew010,"
JEFFREY PUGLISI,
aka "Jeffer," "Jefferp," and "Ji,"
DANIEL SULLIVAN,
TRACY ANN VALENZUELA,
CHRISTOPHER QUANG VO,

did knowingly conspire and agree with each other and other persons known and unknown to the Grand Jury to commit Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), & (c)(4)(B)(I), that is to commit a DDoS attack on PayPal's protected computers.

All in violation of Title 18, United States Code, Sections 1030(b) & (c)(4)(A)(i)(I).

COUNT TWO:        (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                  Intentional Damage to a Protected Computer, Aiding and Abetting)

10.     The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

DENNIS COLLINS,
aka "Iowa,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT THREE:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                  Intentional Damage to a Protected Computer, Aiding and Abetting)

11.     The factual allegations contained in Paragraphs 1 through 7 are realleged

INDICTMENT                                    4

1 | and incorporated herein by reference as if set forth in full.

2 | On or about between December 6, 2010 and December 10, 2010 , in the Northern

3 | District of California and elsewhere, the defendant,

4 | CHRISTOPHER WAYNE COOPER,
aka "Anthrophobic,"
5 |

6 | knowingly caused the transmission of a program, information, code, and command, that is,

7 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

8 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

9 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

10 | value.

11 | All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

12 | (c)(4)(B)(i), & 2.

13 | COUNT FOUR:    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
Intentional Damage to a Protected Computer, Aiding and Abetting)
14 |

15 | 12.    The factual allegations contained in Paragraphs 1 through 7 are realleged

16 | and incorporated herein by reference as if set forth in full.

17 | On or about between December 6, 2010 and December 10, 2010 , in the Northern

18 | District of California and elsewhere, the defendant,

19 | JOSHUA JOHN COVELLI,
aka "Absolem, and, "Toxic,"
20 |

21 | knowingly caused the transmission of a program, information, code, and command, that is,

22 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

23 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

24 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

25 | value.

26 | All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

27 | (c)(4)(B)(i), & 2.

28 | ///

COUNT FIVE:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

13.     The factual allegations contained in Paragraphs 1 through 7 are realleged
and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern
District of California and elsewhere, the defendant,

KEITH WILSON DOWNEY,

knowingly caused the transmission of a program, information, code, and command, that is,
LOIC, and, as a result of such conduct, intentionally caused damage without authorization to
protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from
the defendant's course of conduct affecting protected computers aggregating at least $5,000 in
value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B)(i), & 2.

COUNT SIX:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

14.     The factual allegations contained in Paragraphs 1 through 7 are realleged
and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern
District of California and elsewhere, the defendant,

MERCEDES RENEE HAEFER,
aka "No," and "MMMM,"

knowingly caused the transmission of a program, information, code, and command, that is,
LOIC, and, as a result of such conduct, intentionally caused damage without authorization to
protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from
the defendant's course of conduct affecting protected computers aggregating at least $5,000 in
value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

INDICTMENT                              6

(c)(4)(B)(i), & 2.

<u>COUNT SEVEN:</u>    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
Intentional Damage to a Protected Computer, Aiding and Abetting)

15.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

DONALD HUSBAND,
aka "Ananon,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

<u>COUNT EIGHT:</u>    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
Intentional Damage to a Protected Computer, Aiding and Abetting)

16.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

VINCENT CHARLES KERSHAW,
aka "Trivette," "Triv," and "Reaper,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

INDICTMENT                    7

value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT NINE:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

17.     The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

ETHAN MILES,

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT TEN:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

18.     The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

JAMES C. MURPHY,

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

INDICTMENT                          8

value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

(c)(4)(B)(i), & 2.

<u>COUNT ELEVEN:</u>     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                        Intentional Damage to a Protected Computer, Aiding and Abetting)

19.     The factual allegations contained in Paragraphs 1 through 7 are realleged

and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern

District of California and elsewhere, the defendant,

DREW ALAN PHILLIPS,
aka "Drew010,"

knowingly caused the transmission of a program, information, code, and command, that is,

LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

(c)(4)(B)(i), & 2.

<u>COUNT TWELVE:</u>     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                        Intentional Damage to a Protected Computer, Aiding and Abetting)

20.     The factual allegations contained in Paragraphs 1 through 7 are realleged

and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern

District of California and elsewhere, the defendant,

JEFFREY PUGLISI,
aka "Jeffer," "Jefferp," and "Ji,"

knowingly caused the transmission of a program, information, code, and command, that is,

LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

INDICTMENT                                    9

1  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

2  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

3  value.

4      All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

5  (c)(4)(B)(i), & 2.

6  <u>COUNT THIRTEEN:</u>      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                                Intentional Damage to a Protected Computer, Aiding and Abetting)

7

8      21.    The factual allegations contained in Paragraphs 1 through 7 are realleged

   and incorporated herein by reference as if set forth in full.

9

10          On or about between December 6, 2010 and December 10, 2010 , in the Northern

   District of California and elsewhere, the defendant,

11

12                          DANIEL SULLIVAN,

13  knowingly caused the transmission of a program, information, code, and command, that is,

14  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

15  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

16  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

17  value.

18      All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

19  (c)(4)(B)(i), & 2.

20  <u>COUNT FOURTEEN:</u>      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                                Intentional Damage to a Protected Computer, Aiding and Abetting)

21      22.    The factual allegations contained in Paragraphs 1 through 7 are realleged

22  and incorporated herein by reference as if set forth in full.

23          On or about between December 6, 2010 and December 10, 2010 , in the Northern

24  District of California and elsewhere, the defendant

25                      TRACY ANN VALENZUELA,

26  knowingly caused the transmission of a program, information, code, and command, that is,

27  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

28  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

INDICTMENT                          10

the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT FIFTEEN:    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                 Intentional Damage to a Protected Computer, Aiding and Abetting)

23.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant

CHRISTOPHER QUANG VO,

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

DATED:                                              A TRUE BILL.

                                                    _Mary Elizabeth Sladek_
                                                    FOREPERSON

MELINDA HAAG
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____ )
                    AUSAs PARRELLA & CHEW

INDICTMENT                          11

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

SEALED BY ORDER OF THE COURT

FILED

2011 JUL 13 P 3:39

— Name of District Court, and/or Judge/Magistrate Location —
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

┌─ OFFENSE CHARGED ─────────────────────────

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

▶ DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

▶ DENNIS COLLINS, aka "Iowa"

DISTRICT COURT NUMBER

CR11 00471 JF PSG

─────────── PROCEEDING ───────────

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

─────────── DEFENDANT ───────────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

─────────── ADDITIONAL INFORMATION OR COMMENTS ───────────

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)



SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
    ☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| SAN JOSE DIVISION |

─────── OFFENSE CHARGED ───────

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

FILED
2011 JUL 13 P 2:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PENALTY:   Count 1: 5 years imprisment; $250,000 fine.

Counts 2-14: 10 years imprisment each count;
$250,000 fine each count.

─── DEFENDANT - U.S. ───

▶ CHRISTOPHER WAYNE COOPER, aka "Anthrophobic,"

DISTRICT COURT NUMBER

CR11 00471 JF

─────── PROCEEDING ───────

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
   give name of court

_____

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reproduction of
   charges previously dismissed
   which were dismissed on motion
   of:                          SHOW
   ☐ U.S. ATTORNEY ☐ DEFENSE   } DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant                     MAGISTRATE
                                } CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
        ☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew A. Parrella

─────── DEFENDANT ───────

IS **NOT** IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction      }  ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                         filed   _____
DATE OF          ▶   Month/Day/Year
ARREST               _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED     ▶   Month/Day/Year
TO U.S. CUSTODY          _____

☐ This report amends AO 257 previously submitted

─────── ADDITIONAL INFORMATION OR COMMENTS ───────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
2011 JUL 13 P 2: 35

─── DEFENDANT - U.S ───

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

▶ JOSHUA JOHN COVELLI, aka "Absolem," and, "Toxic,"

DISTRICT COURT NUMBER

CR11 00471 JF

PSG

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
    ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
                                    } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?                give date
                ☐ No       filed

DATE OF
ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount: None

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:    △3

Comments:

AO 257 (Rev. 6/78)



SEALED BY ORDER
OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (I) - Intentional Damage to A Protected Computer.

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine

Count 2-14: 10 years imprisonment each count
$250,000 fine each count.

**OR CR11 00471 JF**

**PSC**

Name of District Court, and/or Judge/Magistrate Location

FILED

### NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 JUL 13 P 2: 35

─── DEFENDANT - U.S ───

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
KEITH WILSON DOWNEY
NO. DIST. OF CA. SAN JOSE

DISTRICT COURT NUMBER

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                    SHOW
                                       DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE }

☐ this prosecution relates to a
pending case involving this same
defendant                              MAGISTRATE
                                       CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under }

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction          } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?             give date
             ☐ No      filed

DATE OF
ARREST  ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

A4

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) ~ Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

⊞

### Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 JUL 13 P 2: 35

─── DEFENDANT - U.S ───

RICHARD W. WIEKING
CLERK U.S. DISTRICT
SAN JOSE

▶ MERCEDES RENEE HAEFER, aka "No," and "mmmm,"

DISTRICT COURT NUMBER

CR11    00471    JF

PSG

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction                     } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No      } give date
                          filed _____

Month/Day/Year

DATE OF
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶    Month/Day/Year
TO U.S. CUSTODY

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount: None

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: D5

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

**+**

*Name of District Court, and/or Judge/Magistrate Location*

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

FILED
2011 JUL 13 P 3:50
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CALIF.

─── **DEFENDANT - U.S.** ───

▶ DONALD HUSBAND, aka "Ananon,"

DISTRICT COURT NUMBER

**CR11 00471 JF PSG**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
  give name of court

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion
  of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
  pending case involving this same
  defendant

MAGISTRATE
CASE NO.
}

☐ prior proceedings or appearance(s)
  before U.S. Magistrate regarding this
  defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

─── **DEFENDANT** ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
} ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date
                        filed _____

DATE OF      ▶    Month/Day/Year
ARREST            _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY      _____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count; $250,000 fine each count.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OR CALIFORNIA
SAN JOSE DIVISION

2011 JUL 13 P 3: 50

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CALIF.

### DEFENDANT - U.S

VINCENT CHARLES KERSHAW, aka "Trivette," "Troy," and "Reaper,"

### DISTRICT COURT NUMBER

CR11 00471

JF PSG

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Matthew A. Parrella

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count; $250,000 fine each count.

➕

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

2011 JUL 13 P 3: 50

### DEFENDANT - U.S

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
SAN JOSE

▶ ETHAN MILES

DISTRICT COURT NUMBER

CR11 00471

JF PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

}

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

}

Name and Office of Person Furnishing Information on this form MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Matthew A. Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes } If "Yes" give date filed
☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: None

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### ─ OFFENSE CHARGED ─

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
      meanor
☒ Felony

PENALTY:  Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count; $250,000 fine each count.

[+]

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
2011 JUL 13  P 3: 50

### ─ DEFENDANT - U.S ─

▶ JAMES C. MURPHY

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

DISTRICT COURT NUMBER

CR11 00471

JFPSG

### ─ PROCEEDING ─

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.
}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

### ─ DEFENDANT ─

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
}

6) ☐ Awaiting trial on other charges
      ☒ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date
                        filed

DATE OF     ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

➕

─── Name of District Court, and/or Judge/Magistrate Location ───

**NORTHERN DISTRICT OF CALIFORNIA**

2011 JUL 13 P 3:51   SAN JOSE DIVISION

─── **DEFENDANT - U.S** ───

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

▶ DREW ALAN PHILLIPS, aka "Drew010,"

JF PSG

DISTRICT COURT NUMBER

CR11 00471

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction          } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed? ☐ No      } give date
                        filed

**DATE OF
ARREST** ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶    Month/Day/Year

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form        MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Matthew A. Parrella

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount: None

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

+

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

2011 JUL 13 P 3: 51

### DEFENDANT - U.S

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. SAN JOSE

▶ JEFFREY PUGLISI, aka, "Jeffer," "Jefferp," and "Ji,"

### DISTRICT COURT NUMBER

JF PSG

# CR11 00471

### DEFENDANT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

### IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior    ▶
summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction    } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No    } give date
filed

DATE OF    ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

_____

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

FILED

SAN JOSE DIVISION

2011 JUL 13 P 3:51

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(l) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(l), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count; $250,000 fine each count.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

### DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
▶ DANIEL SULLIVAN N.D. OF CA. SAN JOSE

JF PSG

DISTRICT COURT NUMBER

**CR11 00471**

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
}

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____
}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
}  ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes     If "Yes"
been filed?  ☐ No       give date filed
                        Month/Day/Year

DATE OF ▶
ARREST                  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: D12

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

---

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐+

---

### DEFENDANT - U.S.

▶ TRACY ANN VALENZUELA

DISTRICT COURT NUMBER

# CR11 00471

JFPSG

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.
}

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)         Matthew A. Parrella

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction    }  ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        give date
                           filed

DATE OF  ▶
ARREST                     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                            Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(l) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(l), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count; $250,000 fine each count.

➕

Name of District Court, and/or Judge/Magistrate Location

F I L E D

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 DEFENDANT - U.S

CHRISTOPHER QUANG VO

CLERK U.S. DISTRICT COURT

DISTRICT COURT NUMBER

CR11 00471 PSG   JF

---DEFENDANT---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew A. Parrella

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   ☒ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments: