Thomas J. Nolan (SBN 48413)
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, Ca. 94301
Tel.  (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant Joshua Covelli

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>      v.<br><br>JOSHUA COVELLI,<br><br>            Defendant. | Case No. CR 11-00471 DLJ/PSG<br><br>***EX PARTE* APPLICATION FOR ORDER TO THE U.S. MARSHAL TO ARRANGE FOR THE NONCUSTODIAL TRANSPORTATION OF MR. COVELLI TO HIS COURT APPEARANCE ON MARCH 1, 2013 (18 U.S.C. §4285); DECLARATION OF SHIRA KIEVAL IN SUPPORT OF APPLICATION** |

      Defendant Joshua Covelli, by and through counsel, hereby applies under 18 U.S.C. §4285 for an order from this Court to the U.S. Marshal that the U.S. Marshal shall arrange for the noncustodial transportation for Joshua Covelli to appear at his March 1, 2013, court date at 9:30 a.m. before Magistrate Beeler in the San Francisco Superior Court.  The reason for this application is that Mr. Covelli is indigent, is currently unemployed, and is financially unable to provide the necessary transportation to and from this Court for the settlement conference currently scheduled for March 1, 2013.

      I, Shira Kieval, hereby declare:

      1.      I am an attorney licensed to practice law before the courts of the State of California and the Northern District of California.  I am an associate at the law firm Nolan, Armstrong & Barton, LLP.   Thomas J. Nolan has been appointed under the Criminal Justice Act to take the

1

place of the Federal Public Defender to represent Mr. Joshua Covelli in the above-referenced case, and I have been approved to assist with his defense.

2. Mr. Covelli is charged with a violation of 18 U.S.C. §§1030(b), (c)(4)(A)(i)(I), conspiracy, and a violation of 18 U.S.C. §1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2), intentional damage to a protected computer.

3. Mr. Covelli lives in Botkin, Ohio. He is currently unemployed.

4. On July 19, 2011, Mr. Covelli initially appeared before Magistrate Judge Sharon L. Ovington in the United States District Court for the Southern District of Ohio. Magistrate Judge Ovington released Mr. Covelli on his own recognizance.

5. Magistrate Judge Ovington found that Mr. Covelli qualified for appointed counsel.

6. I am informed and believe that on all prior occasions where Mr. Covelli has appeared in court in the Northern District of California, transportation has been furnished and arranged by the U.S. Marshal.

7. Mr. Covelli's appearance has been waived for certain subsequent hearings, insofar as they have been procedural and largely restricted to issues of discovery.

8. The settlement conference scheduled before Magistrate Beeler in the San Francisco District Court on March 1, 2013, at 9:30 a.m. will be substantive and therefore requires Mr. Covelli's presence.

9. I am informed and believe that Mr. Covelli is indigent and financially unable to provide himself with the necessary transportation to and from San Francisco, California, to appear before this court on March 1, 2013.

10. I, therefore, request that this Court order the U.S. Marshal to arrange for Mr. Covelli's noncustodial transportation or furnish the fare for such transportation, pursuant to 18 U.S.C. §4285, to and from his court appearance in San Francisco, California on March 1, 2013.

11. I have confirmed the language in the accompanying order with Mary Anderson of the San Jose U.S. Marshal's Office.

1  I declare under penalty of perjury that the foregoing is true and correct except for those matters

2  stated on information and belief and as to those matters I am informed and believe them to be true.

3  Executed this 12th of February, 2013 at Palo Alto, California.

4

5                                             /s/

6                                             _____
                                              Shira Kieval
                                              Attorney for Defendant Joshua Covelli

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28