Thomas J. Nolan (SBN: 48413)
Shira Kieval (SBN: 269409)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980 Fax (650) 326-9704

Attorneys for Defendant Joshua Covelli

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JOSHUA COVELLI,<br><br>             Defendant. | Case No. CR 11-00471<br>Case No. CR 11-00683<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER PERMITTING JOSHUA COVELLI TO TRAVEL TO THE NORTHERN DISTRICT OF OHIO FOR WORK; DECLARATION OF SHIRA KIEVAL IN SUPPORT; [PROPOSED] ORDER** |

Defendant Joshua Covelli, by and through counsel, hereby applies for an order permitting him to travel to the Northern District of Ohio for work purposes. The government has no objection to this application.

According to the terms and conditions of his pretrial release in the above-captioned cases, Mr. Covelli is not permitted to travel outside of the Southern District of Ohio and the Northern District of California.

Mr. Covelli has an offer of employment from a Troy, Ohio-based painting company. Troy is located in the Southern District of Ohio. However, the crew that Mr. Covelli will be joining has an upcoming job scheduled in neighboring Auglaize County, which is located in the Northern District of Ohio. It is anticipated that the crew may well schedule additional jobs in the Northern District of Ohio.

1

2      Therefore, and without opposition, Mr. Covelli applies for permission to travel to the

3  Northern District of Ohio for work purposes.

4

5      Respectfully submitted this 15th day of March, 2013.

6

7                                    NOLAN, ARMSTRONG & BARTON, LLP

8
                                              /s/
9                       _____

10                                    Thomas J. Nolan
                                      Shira Kieval
11                                    Attorneys for Defendant Joshua Covelli

12

13              **DECLARATION OF SHIRA KIEVAL IN SUPPORT**

14      I, Shira Kieval, hereby declare:

15      1.      I am an attorney licensed to practice law before the courts of the State of California

16  and the Northern District of California, and an associate attorney with Nolan, Armstrong &

17  Barton, LLP.  Thomas J. Nolan, the senior partner at this firm, has been appointed under the

18  Criminal Justice Act to represent Mr. Joshua Covelli in the above-referenced cases.  I have been

19  approved by CJA to assist in the representation of Mr. Covelli in these cases.

20      2.      On information and belief, Mr. Covelli has an offer of employment from the Troy,

21  Ohio-based painting company.  Troy, Ohio is located in the Southern District of Ohio.

22      3.      On information and belief, Mr. Covelli will be working for a crew from the Troy,

23  Ohio-based company run by Andrew Dunne.

24      4.      In late January 2013, I spoke with Andrew Dunne.  Mr. Dunne informed me that he

25  runs a crew with this Troy, Ohio-based painting company.  He informed me that the crew does

26  residential and commercial jobs, that the crew accepts jobs north of Shelby County, and that the

27  crew had two upcoming jobs scheduled north of Shelby County.  He informed me that one of the

28
   **UNOPPOSED** *EX PARTE* **APPL. FOR PERMISSION TO TRAVEL, DECL., [PROPOSED] ORDER**
   *United States v. Joshua Covelli*, **CR 11-471 & 11-683**
   Page 2.

1  upcoming jobs would be located in Auglaize County.  Auglaize County is in the Northern District

2  of Ohio.

3       5.       On information and belief, based on a March 15, 2013 conversation with Mr.

4  Covelli's mother, the crew has not yet begun the job in Auglaize County.

5       6.       On information and belief, the crew may well schedule additional jobs in the

6  Northern District of Ohio.

7       7.       On March 14, 2013, I spoke with Assistant U.S. Attorney Hanley Chew.  Mr. Chew

8  stated that the government has no opposition to this application.

9

10      I declare under penalty of perjury that the foregoing is true and correct except for those

11  matters stated on information and belief and as to those matters I am informed and believe them to

12  be true.  Executed this 15th day of March, 2013 at Palo Alto, California.

13

14

15                                    /s/

16                                    _____

                                      Shira Kieval

17

18                              **[PROPOSED] ORDER**

19

20  **UPON UNOPPOSED APPLICATION, IT IS SO ORDERED.**

21  Mr. Covelli's pretrial release conditions are modified as follows.  Mr. Covelli may travel to the

22  Northern District of Ohio for work purposes.

23

24

25  Dated:  March ___, 2013              _____

                                        HON. PAUL S. GREWAL

26                                      United States Magistrate Judge

27

28